UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARL GARRISON and WENDY
GARRISON,

          Plaintiffs,

-vs-                                        Case No. 6:06-cv-1656-Orl-28JGG

CHUCK, CAROL & COMPANY, INC.,
CHARLES D. ADKINS, CASSANDRA
ADKINS,

          Defendants.
_____

# ORDER

This case is before the Court on the Motion to Approve Settlement and Dismiss Case with Prejudice (Doc. No. 87) and the Joint Stipulation of Dismissal with Prejudice (Doc. No. 88) filed July 25, 2007. The United States Magistrate Judge has submitted a report recommending that the motion to approve settlement be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Stipulation and Notice that the Parties have no objection to the Report and Recommendation (Doc. No. 90), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

      1.     That the Report and Recommendation filed September 19, 2007 (Doc. No. 89) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Approve Settlement and Dismiss Case with Prejudice (Doc. No. 87) is **GRANTED** and the settlement is approved.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __20__ day of September, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party